**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMIE ELLIOTT,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-2426** |
| | : | |
| **RANITA DAVIS, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 16th day of July, 2024, upon consideration of Plaintiff Jamie Elliott's Motion to Proceed *In Forma Pauperis* (Doc. # 5), Request for Appointment of Counsel (Doc. # 4), and *pro se* Complaint (Doc. # 1), it is **ORDERED** that:

1. Elliott is **GRANTED** leave to proceed *in forma pauperis*.

2. The Complaint is **DEEMED** filed.

3. The Request for Appointment of Counsel is **DENIED**.

4. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of standing for the reasons discussed in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Harvey Bartle III
J.